```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION


UNITED STATES OF AMERICA                            RESPONDENT

VS.                                  CRIMINAL NO. 1:02cr83-DCB

JOSEPH RAPHEO                                        PETITIONER
```

## ORDER

This cause is before the Court <u>sua sponte</u>.  Having reviewed the plaintiff's Motions for Return of Property dated November 16, 2004 [docket entry no. 45] and February 16, 2005 [docket entry no. 47] the Court finds that a response to the motion by the government is required.  Accordingly,

IT IS HEREBY ORDERED that the United States Attorney shall file an answer to the plaintiff's Motions in criminal action no. 1:02cr83, within thirty (30) days from the date of entry of this Order.

SO ORDERED, this the 30th day of November, 2005.

```
                         S/DAVID BRAMLETTE
                         UNITED STATES DISTRICT JUDGE
```