IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOSEPH R. RAFFEO SR.                                      PETITIONER

VS.                              CASE NO. 1:02-cr-83-DCB-RHW

UNITED STATES OF AMERICA                                  RESPONDENT

ORDER

Before the Court is Petitioner, Joseph R. Raffeo Sr.'s Motion for Early Termination of Supervised Release [Docket Entry 108]. Having carefully considered all issues, the Court is of the opinion that the relief requested should be and is hereby DENIED.

SO ORDERED this the __7th__ day of March, 2011.


                                    s/ David Bramlette
                                 UNITED STATES DISTRICT JUDGE